E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>$726,300.00 IN U.S. CURRENCY AND 196 MISCELLANEOUS COLLECTIBLE COINS,<br><br>      Defendants. | Case No. 2:22-cv-05908-SB-RAO<br><br>NOTICE OF VOLUNTARY DISMISSAL |

1      NOTICE is hereby given that, pursuant to Fed. R. Civ. P.

2  41(a)(1)(A), plaintiff United States of America voluntarily dismisses

3  the above-captioned action.

4  Dated: November 8, 2022      E. MARTIN ESTRADA
      United States Attorney
5        SCOTT M. GARRINGER
      Assistant United states Attorney
6        Chief, Criminal Division
      JONATHAN GALATZAN
7        Assistant United States Attorney
      Chief, Asset Forfeiture Section

8

9             /s/
      VICTOR A. RODGERS
10       MAXWELL COLL
      Assistant United States Attorneys
11       Asset Forfeiture Section

12       Attorneys for Plaintiff
      UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28